```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 00277
    LARRY Y SMITH JR
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-6567


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 01/08/2007 and was confirmed 03/28/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 07/18/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
MONTEREY FINANCIAL         SECURED             2433.00           .00        200.63
MONTEREY FINANCIAL         UNSEC W/INTER       1043.84           .00           .00
COOK COUNTY TREASURER      SECURED             2013.24           .00         38.73
TRANSPORT FUNDING LLC      SECURED VEHIC     32072.16           .00        856.60
WFS FINANCIAL              SECURED VEHIC      9782.94           .00        340.12
WFS FINANCIAL              NOTICE ONLY    NOT FILED             .00           .00
WILSHIRE CREDIT CORPORAT   CURRENT MORTG         .00            .00           .00
WILSHIRE CREDIT CORPORAT   MORTGAGE ARRE         .00            .00           .00
WILSHIRE CREDIT CORPORAT   NOTICE ONLY    NOT FILED             .00           .00
WILSHIRE CREDIT CORP       NOTICE ONLY    NOT FILED             .00           .00
IL DEPT OF HEALTHCARE &    DSO ARREARS        4706.85           .00           .00
IDPA/DIV OF CHILD SUPPOR   NOTICE ONLY    NOT FILED             .00           .00
INTERNAL REVENUE SERVICE   PRIORITY           1173.17           .00           .00
AT&T WIRELESS              UNSEC W/INTER       675.62           .00           .00
CITY OF CHICAGO PARKING    UNSEC W/INTER      3100.00           .00           .00
COMMONWEALTH EDISON        UNSEC W/INTER NOT FILED              .00           .00
COMMONWEALTH EDISON        NOTICE ONLY   NOT FILED              .00           .00
FIRST PREIMER BANK         UNSEC W/INTER NOT FILED              .00           .00
FIRST PREMIER BANK         UNSEC W/INTER NOT FILED              .00           .00
ILLINOIS SECRETARY OF ST   NOTICE ONLY   NOT FILED              .00           .00
ILLINOIS SECRETARY OF ST   NOTICE ONLY   NOT FILED              .00           .00
LVNV FUNDING               UNSEC W/INTER NOT FILED              .00           .00
MONTEREY FINANCIAL         UNSEC W/INTER NOT FILED              .00           .00
PEOPLES GAS & LIGHT        UNSEC W/INTER       616.93           .00           .00
PEOPLES GAS & LIGHT        UNSEC W/INTER NOT FILED              .00           .00
UNION AUTO SALES           UNSEC W/INTER NOT FILED              .00           .00
US CELLULAR                UNSEC W/INTER NOT FILED              .00           .00
MONTEREY FINANCIAL         NOTICE ONLY   NOT FILED              .00           .00
INTERNAL REVENUE SERVICE   UNSEC W/INTER      1105.52           .00           .00
ASSET ACCEPTANCE LLC       UNSEC W/INTER        61.09           .00           .00
AT&T WIRELESS              UNSEC W/INTER      1452.78           .00           .00
SHARMAINE CAIN             NOTICE ONLY   NOT FILED              .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 00277 LARRY Y SMITH JR
```

```
TRANSPORT FUNDING LLC    UNSEC W/INTER      65.00            .00            .00
WILSHIRE CREDIT CORP     NOTICE ONLY    NOT FILED            .00            .00
IL DEPT OF HEALTHCARE &  DSO ARREARS     7088.29             .00            .00
ZALUTSKY & PINSKI LTD    DEBTOR ATTY    2,854.00                            .00
TOM VAUGHN               TRUSTEE                                          94.92
DEBTOR REFUND            REFUND                                             .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  1,531.00

PRIORITY                                              .00
SECURED                                          1,436.08
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                94.92
DEBTOR REFUND                                         .00
                        ---------------    ---------------
TOTALS                   1,531.00                1,531.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 10/22/07             _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE